NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARUN ACHARYA AND XINGEN DONG,**
*Appellants,*

**v.**

**RAYMOND HAUSER AND LONNIE E. HOLDER,**
*Appellees.*

---

2011-1452

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Interference No. 105,750.

---

**JUDGMENT**

---

JAY R. CAMPBELL, Renner, Otto, Boisselle & Sklar, LLP, of Cleveland, Ohio, argued for appellants. With him on the brief were DON W. BULSON, TODD R. TUCKER, KYLE B. FLEMING and NICHOLAS J. GINGO.

THOMAS C. MCDONOUGH, Neal Gerber & Eisenberg, LLP, of Chicago, Illinois, argued for appellees. With him on the brief was LAWRENCE E. JAMES, JR. Of counsel on the brief were CHARLES L. GHOLZ and W. TODD BAKER,

Oblon, Spivak, McClelland, Maier & Neustadt, P.C., of Alexandria, Virginia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2012          /s/ Jan Horbaly
          Date                        Jan Horbaly
                                            Clerk